**Pluyd Coleman, Trustee, Coleman Family Revocable Living Trust,**
Plaintiff,
v.
**PNC Bank, N.A.; Clear Recon Corp.; Matrix Trust; Stefanie Armijo; and DOES 1–10,**
Defendants.

### DISTRICT COURT OF CLARK COUNTY, NEVADA

Case No.: A-25-916476-C
Dept. No.: 7

**05/20/2025**
**9:00 AM**
**Courtroom 05B**

## PLAINTIFF'S MOTION FOR ORDER SHORTENING TIME TO HEAR EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER

COMES NOW Plaintiff, **Pluyd Coleman**, Trustee of the **Coleman Family Revocable Living Trust**, in propria persona, and respectfully moves this Court for an **Order Shortening Time** to hear the Plaintiff's **Emergency Motion for Temporary Restraining Order (TRO)** seeking to halt a non-judicial foreclosure sale currently set for **May 9, 2025**.

This motion is made pursuant to NRCP 6(c)(1)(C) and EDCR 2.26, and is supported by the attached Declaration and Proposed Order. Plaintiff respectfully submits that the standard notice period is insufficient due to the urgency of the foreclosure date and the risk of irreparable harm to trust property.

Dated this 18th day of April, 2025.
Respectfully submitted,

_____ UCC 1-308 without prejudice

**Pluyd Coleman**, Trustee
**Coleman Family Revocable Living Trust**
Plaintiff, In Propria Persona

## DECLARATION OF PLUYD COLEMAN IN SUPPORT OF MOTION FOR ORDER SHORTENING TIME

I, **Pluyd Coleman**, declare under penalty of perjury under the laws of the State of Nevada:

1. I am the Trustee of the **Coleman Family Revocable Living Trust**, and Plaintiff in this matter.

2. The Trust is the titleholder of the real property located at **3139 Belvedere Dr, Henderson, Nevada 89014**.

3. A non-judicial foreclosure sale of the Property has been scheduled for **May 9, 2025** by **Clear Recon Corp.**, purporting to act on behalf of **PNC Bank, N.A.** and **Matrix Trust**.

4. I have filed a Verified Complaint and an accompanying Emergency Motion for Temporary Restraining Order (TRO) to halt the scheduled foreclosure sale pending judicial review.

5. The normal time for notice would result in **irreparable harm**, including the wrongful loss of the Trust's real property interest, which is central to the claims of fraud, breach of contract, and statutory violations outlined in the Verified Complaint.

6. For this reason, I respectfully request that this Court issue an **Order Shortening Time** for the TRO Motion to be heard prior to the sale date.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of April, 2025.

[signature] ucc 1-308 without prejudice

**Pluyd Coleman**, Declarant
Trustee, Coleman Family Revocable Living Trust