Electronically Filed
05/02/2025 12:47 PM
CLERK OF THE COURT

1  Ployd Coleman Trustee CFRLT
   *(Your name)*
2  3139 Belvedere Dr
   *(Address)*
3  Henderson Nevada (89014)
   *(City, state, zip code)*
4  702 272 9990
   *(Telephone number)*
5  Ployd6989@gmail.com
   *(E-mail address)*
6  ☒ Plaintiff/ ☐ Defendant, In Proper Person
7  ☐ Other *(insert party designation)* _____,
   In Proper Person

## EIGHTH JUDICIAL DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| Ployd Coleman Trustee CFRLT, <br> Plaintiff(s), <br> vs. <br> PNC Bank NA Clear Recon Matrix Trust Stephanie Armijo, <br> Defendant(s). | Case No.: A-25-916476-C <br> Dept. No.: 7 <br><br> **ORDER** |

This matter came on for hearing on the *(insert day, month, and year hearing held)* 20th day of May, 2025, at the hour of *(insert time of hearing)* 9:00, in the above-entitled Court for the purpose of taking argument and rendering decision upon the following motion: *(insert name of motion that set hearing)* For ordering shortening time to Hear Emergency motion for TRO (the "Motion"), which was filed by *(check one box)* ☒ Plaintiff/ ☐ Defendant/ ☐ Other *(specify)* _____, and being fully advised and for good cause appearing,

*(Check appropriate boxes below, and insert additional information as necessary to state court's decision precisely:)*

**IT IS HEREBY ORDERED** as follows:

☐ The above-referenced Motion is **GRANTED** in full.

© 2014 Civil Law Self-Help Center
Clark County, Nevada

Page 1 of 2

ORDER (GENERIC), DISTRICT COURT
(Rev. 1, 02-27-2014)

For forms and information visit www.civillawselfhelpcenter.org

☐ The above-referenced Motion is **GRANTED** in part as follows *(insert specifics)*: _____

_____

_____

_____

☐ The above-referenced Motion is **DENIED** in full.

☒ Other *(insert specifics)*: <u>Personal Service of the Summons and Complaint shall be</u>

<u>completed by May 5, 2025.</u>

Defendant's Opposition is due by noon on May 7, 2025.

Hearing on Plaintiff's Motion for Order Shortening Time to Hear Emergency Motion for Temporary Restraining Order is set for May 8, 2025 at 9:00 AM.

DATED: _____          Dated this 2nd day of May, 2025

_____
DISTRICT COURT JUDGE

F1C 716 A52C 4E42
**Danielle Pieper**
**District Court Judge**

Submitted by:

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

_____ ucc 1-308 with-ut prej _____ *(Your signature)*
*(Insert your name, address, phone, and e-mail:)*

☒ Plaintiff/ ☐ Defendant/ ☐ Other *(specify)* _____,
In Proper Person

© 2014 Civil Law Self-Help Center
Clark County, Nevada

Page 2 of 2

ORDER (GENERIC), DISTRICT COURT
(Rev. 1, 02-27-2014)

For forms and information visit www.civillawselfhelpcenter.org

**CSERV**

DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| Coleman Family Trust, Plaintiff(s) <br><br> vs. <br><br> PNC Bank Matrix Trust, Defendant(s) | CASE NO: A-25-916476-C <br><br> DEPT. NO. Department 7 |

**AUTOMATED CERTIFICATE OF SERVICE**

This automated certificate of service was generated by the Eighth Judicial District Court. The foregoing Order Shortening Time was served via the court's electronic eFile system to all recipients registered for e-Service on the above entitled case as listed below:

Service Date: 5/2/2025

Pluyd Coleman          pluyd6969@gmail.com

If indicated below, a copy of the above mentioned filings were also served by mail via United States Postal Service, postage prepaid, to the parties listed below at their last known addresses on 5/5/2025

Coleman Family Trust          3139 Belvedere DR
                                                    Henderson, NV, 89014

Sahar Lewis          3139 Belvedere DR
                              Henderson, NV, 89014