David T. Blake, Esq.
Nevada Bar No. 11059
Wolfe & Wyman LLP
6757 Spencer Street
Las Vegas, NV 89119
Tel: (702) 476-0100
Fax: (949) 475-9203
dtblake@ww.law

Attorneys for Defendant PNC Bank

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Coleman Family Revocable Living Trust, by and through Trustees Sahar Lewis and Pluyd Coleman,<br><br>Plaintiffs,<br>v.<br><br>PNC Bank, N.A., Matrix Trust Company, Clear Recon Corp., Stefanie Armijo, Does 1 through 20,<br><br>Defendants. | CASE NO.: 2:25-cv-00791-JCM-DJA<br><br>(*Removed from 8th Judicial District Court, State of Nevada<br>Case No. A-25-916476-C*)<br><br>**Certificate of Interested Parties** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-16, the undersigned counsel for Defendant PNC Bank, N.A ("PNC") certifies that the following listed associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (1) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (2) have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. PNC Bank, National Association is a national banking association and a wholly owned subsidiary of PNC Bancorp, Inc., a Delaware holding company.

2. PNC Bancorp, Inc. is a wholly owned subsidiary of the PNC Financial Services, Group, Inc., which is a Pennsylvania corporation.

3. The PNC Financial Services Group, Inc. is a publicly held corporate entity.

5237826.1

1  Upon information and belief, there are no additional entities who have an interest in the subject
2  litigation.
3
4  DATED: May 16, 2025                           WOLFE & WYMAN LLP
5
6
                                                By:  /s/ DAVID T. BLAKE
7                                                    DAVID T. BLAKE, ESQ.
                                                     Nevada Bar No. 11059
8                                                    6757 Spencer Street
                                                     Las Vegas, NV  89119
9                                                    Attorneys for Defendant

5237826.1

**CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that on May 16, 2025, the foregoing **Certificate of Interested Parties** was served via Electronic Service and United States Mail, postage fully pre-paid as follows:

**COLEMAN FAMILY REVOCABLE LIVING TRUST**
**3139 Belvedere Dr.**
**Henderson, NV 89014**

*/s/ DORIS LIGAT*
An employee of WOLFE & WYMAN LLP

3

5237826.1