**PLUYD COLEMAN, an individual; and SAHAR LEWIS, an individual,**
  Plaintiffs,

v.

**PNC BANK, N.A.,**
  Defendant.



UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Case No.: 2:25-cv-00791-ART-DJA

---

### RENEWED EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER, TO VOID UNLAWFUL SALE, AND TO PRESERVE POSSESSION

COME NOW, Plaintiffs Pluyd Coleman and Sahar Lewis, in their individual capacities, and hereby renew their emergency motion for a Temporary Restraining Order (TRO) pursuant to FRCP 65 and applicable equity principles. Plaintiffs seek to enjoin PNC Bank, its agents, and any third parties from enforcing, transferring, or acting upon any purported sale or change of title related to the property located at 3139 Belvedere Dr., Henderson, NV 89014, and to void the sale recorded on May 16, 2025.

### I. PROCEDURAL POSTURE

1. Plaintiffs initially filed this action on April 10, 2025, under the Coleman Family Revocable Living Trust.
2. On May 14, 2025, the Court ordered that the Trust cannot proceed without legal counsel, vacating the emergency hearing and permitting a 30-day window to obtain representation.
3. Plaintiffs now proceed in their individual capacities as lawful occupants and equitable owners.
4. On May 16, 2025, despite an active Lis Pendens and pending federal claims, title to the property was unlawfully changed without court order or legal transfer.

### II. GROUNDS FOR EMERGENCY RELIEF The May 16, 2025 title change:

- Violates due process rights under the U.S. and Nevada Constitutions;
- Contravenes the active Lis Pendens filed in Clark County Recorder's Office;
- Undermines judicial authority and the status quo required during federal litigation;
- Threatens immediate and irreparable harm to Plaintiffs' interest, residence, and peaceable possession.

**III. LEGAL STANDARD** Under FRCP 65(b), a TRO is proper where:

1. The movant is likely to succeed on the merits;
2. The movant is likely to suffer irreparable harm absent relief;
3. The balance of equities favors the movant; and
4. The injunction is in the public interest.

All elements are satisfied here.

**IV. PRAYER FOR RELIEF** Plaintiffs respectfully request this Court issue:

1. A Temporary Restraining Order preventing PNC Bank and any party from enforcing, recording, or transferring any interest in the subject property;
2. An order voiding and cancelling the title transfer recorded on or about May 16, 2025;
3. An order affirming Plaintiffs' lawful possession during litigation;
4. Any such further relief the Court deems just and proper.

Respectfully submitted this 21st day of May, 2025.

_____

Pluyd Coleman, In Propria Persona

Sahar Lewis, In Propria Persona

# [PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER

Having considered Plaintiffs' Renewed Emergency Motion for Temporary Restraining Order, and good cause appearing, the Court hereby ORDERS as follows:

**1.** Defendant PNC Bank, N.A., its agents, successors, and assigns, are immediately restrained from recording, transferring, or enforcing any interest in the property located at 3139 Belvedere Dr., Henderson, NV 89014.

**2.** The Trustee's Deed Upon Sale recorded on or about May 16, 2025 is hereby declared VOID pending resolution of this action.

**3.** Plaintiffs shall retain possession of the property until further order of the Court.

IT IS SO ORDERED.

DATED: _____

_____
U.S. District Judge