1

2                                    UNITED STATES DISTRICT COURT

3                                          DISTRICT OF NEVADA

4

5    PLUYD COLEMAN and SAHAR LEWIS,
     individually,                                       Case No. 2:25-CV-00791-ART-DJA
6
                              Plaintiffs,                           ORDER
7                vs.

8    PNC BANK, N.A.,

9                              Defendant.

10         The Court issues this order to clarify the parties in this action. Plaintiffs

11   Pluyd Coleman and Sahar Lewis have filed a First Amended Complaint. (ECF No.

12   27.) The complaint makes several changes to the parties in this action. The

13   amended complaint lists Plaintiffs as Mr. Coleman and Mr. Lewis as individuals

14   and does not include former Plaintiff Coleman Family Revocable Living Trust. The

15   amended complaint also lists only PNC Bank, N.A., as a Defendant, removing

16   several other Defendants from this action. Plaintiffs confirmed at the telephonic

17   hearing on June 2, 2025 that they are pursuing this action as individuals, not

18   on behalf of the Trust, and that they are pursuing this action solely against

19   Defendant PNC Bank.

20         It is therefore ordered that Plaintiffs' First Amended Complaint (ECF No.

21   27) is the operative complaint in this action.

22         It is further ordered that Defendants Matrix Trust Company, Clear Recon

23   Corp., and Sefanie Armijo are DISMISSED from this action.

24         It is further ordered that the motion to dismiss filed by Defendant Matrix

25   Trust Company (ECF No. 28) is DENIED AS MOOT.

26         It is further ordered that the Clerk is kindly instructed to remove Matrix

27   Trust Company, Clear Recon Corp., and Sefanie Armijo as Defendants in this

28   action.

                                                  1

1    It is further ordered that the Clerk is kindly instructed to remove Coleman

2  Family Revocable Living Trust as a Plaintiff in this action, and to recaption this

3  case "Coleman v. PNC Bank, N.A."

4

5    Dated this 6th day of June, 2025.

6

7

8  _____

ANNE R. TRAUM
9  UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28