# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Pluyd Coleman, Sahar Lewis, | Case No. 2:25-cv-00791-ART-DJA |
| Plaintiffs, | |
| v. | **Order** |
| PNC Bank, N.A., | |
| Defendant. | |

Before the Court are Plaintiffs Pluyd Coleman and Sahar Lewis' motions for leave to file documents electronically. (ECF Nos. 62, 63). Under Local Rule IC 2-1(b), a *pro se* litigant may request the court's authorization to register as a filer in a specific case. Plaintiffs appear to have access to a word processing program. Because the Court finds that Plaintiffs are capable of filing electronically, it grants the motions. (ECF Nos. 62, 63).

**IT IS THEREFORE ORDERED** that Plaintiff's motion to file electronically (ECF Nos. 62, 63) are **granted**.

**IT IS FURTHER ORDERED** that Plaintiff must: (1) obtain a PACER account; (2) be familiar with the Local Rules for the Electronic Filing procedures in the District of Nevada; and (3) complete the e-filing registration for the District of Nevada through Manage PACER Account. Links to these items are available at https://www.nvd.uscourts.gov/e-filing-permission/.

DATED: August 7, 2025

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE