**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Pluyd Coleman and Sahar Lewis,<br><br>    Plaintiffs,<br><br>v.<br><br>PNC Bank, N.A.,<br><br>    Defendant. | Case No. 2:25-cv-00791-ART-DJA<br><br>**Order** |

Before the Court is pro se Plaintiffs Pluyd Coleman and Sahar Lewis' motion for reconsideration of the Court's order denying Plaintiffs' motion to compel (ECF No. 56), Defendant PNC Bank, N.A.'s motion to stay discovery (ECF No. 58), and Plaintiffs' motion for issuance of a subpoena duces tecum (ECF No. 80).  Plaintiffs have shown no reason why the Court should reconsider its order in which it denied Plaintiffs' motion to compel for their failure to show that they had conducted a Federal Rule of Civil Procedure 26(f) conference and to show that they had met and conferred under Federal Rule of Civil Procedure 37(a)(1).  *See* LR 59-1(a) (explaining when a motion for reconsideration of an interlocutory order is appropriate); *see* LR 59-1(b) (explaining that motions to reconsider are disfavored).  So, the Court denies Plaintiffs' motion for reconsideration.

Defendant moves the Court to stay discovery pending decision on its motion to dismiss filed at ECF No. 36.  (ECF No. 58).  Plaintiffs have not responded to Defendant's motion, constituting their consent to the Court granting it.  *See* LR 7-2(d).  The Court finds that Defendant has shown good cause to stay discovery and so, grants the motion.  *See Schrader v. Wynn*, No. 2:19-cv-02159-JCM-BNW, 2021 WL 4810324 (D. Nev. Oct. 14, 2021).  Because the Court grants Defendant's motion to stay discovery, it denies Plaintiffs' motion for a subpoena without

prejudice so that Plaintiffs may renew their motion for a subpoena if discovery continues after decision on Defendant's motion to dismiss. (ECF No. 80).

**IT IS THEREFORE ORDERED** that Plaintiffs' motion for reconsideration (ECF No. 56) is **denied.**

**IT IS FURTHER ORDERED** that Defendant's motion to stay discovery (ECF No. 58) is **granted.** If this case proceeds after decision on Defendant's motion to dismiss (ECF No. 36), the parties must file a stipulated discovery plan **thirty days** after that decision.

**IT IS FURTHER ORDERED** that Plaintiffs' motion for issuance of a subpoena (ECF No. 80) is **denied without prejudice.**

DATED: October 8, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE