

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Sahar Lewis and Pluyd Coleman Jr.,
Beneficial Equitable Title Holders, in propria persona,
Plaintiffs,
v.
PNC BANK, N.A., and DOES 1–10 inclusive,
Defendants.

Case No.: 2:25-cv-00791-ART-DJA

## DEMAND IN EQUITY FOR RESTORATION, DISCLOSURE, AND ISSUANCE OF SUBPOENA DUCES TECUM
(Re: Denial of ECF No. 80)

### I. PRELIMINARY NOTICE OF EQUITABLE SUPERIORITY
This tribunal has operated in statute rather than conscience, resulting in suppression of discovery central to the administration of justice. Plaintiffs proceed exclusively in equity, not statute, invoking this Court's inherent Article III jurisdiction and equitable powers to correct fraud, compel full disclosure, and restore rights denied through statutory evasion.

Under Article III, Section 2 of the Constitution and 28 U.S.C. § 1331, this Court is vested with both legal and equitable powers. Equity governs when law is inadequate to prevent injustice or fraud, and no statute can override the Court's duty in conscience.

### II. FRAUD UPON THE COURT MANDATES EQUITY
Denial of access to escrow and title records constitutes concealment of material facts and obstructs verification of the true creditor and chain of title. Fidelity National Title Agency of Nevada maintains those ledgers, disbursement accounts, and assignments central to whether PNC BANK and its agents possessed a perfected security interest.

**Fraud upon the court vitiates all proceedings. (Hazel-Atlas Glass Co. v. Hartford-Empire Co., 322 U.S. 238 (1944); Universal Oil Prods. Co. v. Root Refining Co., 328 U.S. 575 (1946)). The Court's October 8, 2025 order denying the subpoena without prejudice leaves unresolved an active concealment of evidence vital to the equitable determination of truth and restoration.**

### III. EQUITABLE GROUNDS
1. Plaintiff Sahar Lewis, acting in her lawful capacity as the living principal and beneficial equitable title holder, performed on the contract by tendering lawful payment and executing all obligations required to settle the account in good faith.
Her tender and performance were made on behalf of her principal, thereby discharging the debt in full under UCC § 3-603(a).

PNC's dishonor of that performance constitutes a breach of contract and a fraud upon the principal.
Once lawful tender is made and refused, the obligation is discharged as a matter of equity, and any subsequent foreclosure or enforcement is void for want of consideration.

2. Defendant's reliance on hidden assignments and securitized transfers creates continuing injury, displacement, and economic harm.

3. The Court's refusal to exercise its equitable powers permits ongoing fraud and public injury, contrary to conscience and to the Constitution it serves.

## IV. EQUITABLE RELIEF DEMANDED
Plaintiffs, standing as living men and women in equity, demand that this Court:

1. Vacate the October 8, 2025 order denying the subpoena (ECF No. 80);

2. Compel issuance of the Subpoena Duces Tecum to Fidelity National Title Agency of Nevada for production of all escrow, payoff, and assignment records relating to Plaintiffs' property;

3. Order restitution and restoration for injuries and losses sustained through concealment and wrongful foreclosure;

4. Certify this matter as one sounding in equity, not statute, preserving the equitable record for appellate and constitutional review.

## V. NOTICE TO THE COURT
Equity abhors concealment.  Silence or refusal to act where equity has been invoked constitutes tacit dishonor and proof of bias for higher review.  The Court is hereby reminded of its fiduciary obligation to administer justice in conscience, not convenience.

## VI. VERIFICATION
We, the undersigned, affirm under penalty of perjury that the foregoing is true, correct, and made in good conscience and equity, under the laws of the United States of America.
Dated: October 9, 2025,
By: _Sahar-Amanda: Lewis_ UCC1-308 bene w/o prejudice
Sahar Lewis, in propria persona
Beneficial Equitable Title Holder

_[signature]_ UCC 1-308 bene w/o prejudice
Pfuyd Coleman Jr., in propria persona
Beneficial Equitable Title Holder and Trustee

CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of October 2025, I filed the foregoing document titled "Demand in Equity for Restoration, Disclosure, and Issuance of Subpoena Duces Tecum" with the Clerk of Court for the United States District Court, District of Nevada, via the Court's CM/ECF electronic filing system, which automatically serves notice upon all counsel of record, including:

David T. Blake, Wolf & Wyman LLP

Aaron D. Shipley, McDonald Carano LLP

By: *Sahar-Amanda Jones* UCC 1-308 bene w/o prejudice
Sahar Lewis

*Floyd Coleman Jr.* UCC 1-308 w/o prejudice
Floyd Coleman Jr.